## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE – AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES CAIRNS and THERESA CAIRNS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Docket No. **3:17-CV-281-TAV-CCS** |
| JACK HICKS TRUCKING COMPANY, and RONNIE A. HEATON, | § § § | |
| Defendants. | § § | |

## PLAINTIFFS' NOTICE OF INTENT TO RELY ON
## STATUTORY PRESUMPTION OF REASONABLENESS

Come the Plaintiffs, pursuant to T.C.A.§ 24-5-113 (b)(1-2), and hereby give notice of their intent to rely on the statutory presumption that the charges for medical treatment they each incurred and claim in this action are reasonable in the local medical community. The Medical Expense Itemizations for Charles Cairns fand Theresa Cairns for the medical expenses each incurred to-date for injuries related to this action are attached hereto as collective **Exhibit A and collective Exhibit B, respectively.**

If at least forty-five (45) days prior to trial, Plaintiffs' counsel does not receive: 1) notice of Defendants' intent to rebut the presumed reasonableness of the bills in Exhibits A and B and 2) a statement specifying which bill or bills Defendants contend are unreasonable, Plaintiffs will move in limine to exclude any evidence or testimony intended to rebut the presumption of reasonableness at trial based on failure to fully comply with T.C.A. § 24-5-113(b)(2).

1

Respectfully submitted this the 25th day of June, 2019.

**LAW OFFICE OF BURROUGHS & CAPPS**

**BY:**      */s/ Bryan L. Capps, Esq.*
**BRYAN L. CAPPS, ESQ. (BPR #019999)**
**9111 Cross Park Drive, Suite E-100**
**Knoxville, TN  37923**
**(865) 525-3773 Phone**
**(865) 637-2185 Fax**
**bcapps@easttnlawyer.com Email**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, a copy of the foregoing Notice of Intent to Rely on Statutory Presumption Reasonableness was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Nathan E. Shelby, Esq.
Matthew R. Coulter, Esq.
Rainey, Kizer, Reviere & Bell, P.C.
P. O. Box 1147
209 East Main Street
Jackson, TN  38302-1147

**BY:**      */s/ Bryan L. Capps, Esq.*
**Bryan L. Capps, Esq.**

2